**Garrett S. Ledgerwood**, OSB No. 143701
garrett.ledgerwood@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

    Attorneys for Defendant
    Oregon State University

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Stephanie M. Dodson,<br><br>    Plaintiff,<br><br>  v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC; TransUnion, LLC; Great Lakes Educational Loan Services, Inc.; Credit Acceptance Corporation; Oregon State University; and DOES 1 through 100 inclusive,,<br><br>    Defendants. | Case No. 6:21-cv-00029-AA<br><br>STIPULATED JUDGMENT OF DISMISSAL |

    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Stephanie M. Dodson and Defendant Oregon State University ("*OSU*") hereby stipulate that all of Plaintiff's claims against OSU in this matter are dismissed with prejudice and without an award of attorneys' fees or costs to either party.

    DATED:  March 15th, 2021

                                                               /s/Ann Aiken
                                                               ANN AIKEN
                                                               U.S. DISTRICT JUDGE

SO STIPULATED this 15th day of March, 2021.

| | |
|---|---|
| SCHUMACHER LANE PLLC | MILLER NASH GRAHAM & DUNN LLP |
| */s/ Kyle Schumacher* | */s/ Garrett S. Ledgerwood* |
| Kyle Schumacher, OSB No. 121887 | Garrett S. Ledgerwood, OSB No. 143701 |
| kyle@schumacherlane.com | garrett.ledgerwood@millernash.com |
| Phone: 503.482.8137 | Phone: 503.224.5858 |
| Attorneys for Plaintiff Stephanie M. Dodson | Attorneys for Defendant Oregon State University |